IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRIL HEDRICK, DALE ROBINSON, KATHY LINDSEY, MARTIN C. CANADA, DARRY TYRONE PARKER, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

JAMES GRANT, as Sheriff of Yuba County; Lieutenant FRED J. ASBY, as Yuba County Jailer; JAMES PHARRIS, ROY LANDERMAN, DOUG WALTZ, HAROLD J. "SAM" SPERBECK, JAMES MARTIN, as members of the YUBA COUNTY BOARD OF SUPERVISORS,

    Defendants.

2:76-cv-00162-GEB-EFB

<u>ORDER SETTING HEARING ON REQUEST TO WITHDRAW AS COUNSEL AND RESCHEDULING HEARING ON MOTION TO TERMINATE CONSENT DECREE</u>

On May 13, 2013, Defendant Yuba County filed a motion to terminate the consent decree filed over thirty years ago in this class action on behalf of incarcerated persons at Yuba County Jail. California Rural Legal Assistance ("CRLA"), one of Plaintiffs' attorneys, filed what it characterizes as a "Response to Motion to Terminate Consent Decree," but in that response, CRLA seeks to withdraw as counsel for Plaintiffs. (Resp. to Mot. to Terminate Consent Decree, ("Resp."), ECF No. 98.) CRLA explains that as a recipient of Legal Service Corporation funding, CRLA can neither serve as counsel in class actions nor in litigation on behalf of incarcerated persons. (Resp. 2:10—4:3 (citing 45

1  C.F.R. §§ 1617.1–.4, 1637.1–.4).) Since it is unclear whether CRLA's
2  response should be considered a duly noticed withdrawal motion to which
3  an opposition or statement of non—opposition is required, see E.D. Cal.
4  L.R. 230(c), CRLA's withdrawal request is hereby noticed for hearing on
5  July 1, 2013, commencing at 9:00 a.m. Any opposition or statement of
6  non—opposition to CRLA's withdrawal motion shall be filed no later than
7  June 24, 2013. Further, in light of the foregoing, the hearing set for
8  June 17, 2013, on the Motion to Terminate Consent Decree is rescheduled
9  to commence at 9:00 a.m. on July 29, 2013.

Dated:  June 11, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge