UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRIL HEDRICK, DALE ROBINSON, KATHY LINDSEY, MARTIN C. CANADA, DARRY TYRONE PARKER, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>JAMES GRANT, as Sheriff of Yuba County; Lieutenant FRED J. ASBY, as Yuba County Jailer; JAMES PHARRIS, ROY LANDERMAN, DOUG WALTZ, HAROLD J. "SAM" SPERBECK, JAMES MARTIN, as members of the YUBA COUNTY BOARD OF SUPERVISORS,<br><br>　　　　　Defendants. | 2:76-cv-00162-GEB-EFB<br><br>ORDER DENYING MOTION TO EXTEND DISCOVERY DEADLINE |

　　　　The conclusory motion filed on February 10, 2014 is denied since it fails to precisely specify the grounds for the motion, the standard applicable to such motion, and that under the applicable standard the relief sought should be granted. See Fed. R. Civ. P. 7(b)(1)(B)("[A] motion must . . . state with particularity the grounds for seeking the order.") Dated: February 28, 2014

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　Senior United States District Judge

1