UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRIL HEDRICK, DALE ROBINSON, KATHY LINDSEY, MARTIN C. CANADA, DARRY TYRONE PARKER, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>JAMES GRANT, as Sheriff of Yuba County; Lieutenant FRED J. ASBY, as Yuba County Jailer; JAMES PHARRIS, ROY LANDERMAN, DOUG WALTZ, HAROLD J. "SAM" SPERBECK, JAMES MARTIN, as members of the YUBA COUNTY BOARD OF SUPERVISORS,<br><br>        Defendants. | 2:76-cv-00162-GEB-EFB<br><br>ORDER DENYING REQUEST TO SCHEDULE HEARING |

        On Wednesday, March 5, 2014, the parties filed a joint request that the district court issue an order scheduling a hearing on a motion to change scheduled dates for Monday, March 10, 2014, at 9:00 a.m. Since the declaration attached to the parties' request does not adequately set forth circumstances "justify[ing] the issuance of [the] order," the request is

1

denied. E.D. Cal. R. 144(e)(emphasis added).

Dated: March 7, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge