CARTER C. WHITE – 164149
KING HALL CIVIL RIGHTS CLINIC
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, California 95616-8821
Telephone: (530) 752-5440
Facsimile: (530) 752-5788
Email: ccwhite@ucdavis.edu

MICHAEL W. BIEN – 096891
GAY CROSTHWAIT GRUNFELD – 121944
JENNIFER L. STARK – 267062
BENJAMIN BIEN-KAHN – 267933
PABLO A. LASTRA – 287718
ANDREW G. SPORE – 308756
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
       ggrunfeld@rbgg.com
       jstark@rbgg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DERRIL HEDRICK, DALE ROBINSON, KATHY LINDSEY, MARTIN C. CANADA, DARRY TYRONE PARKER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>JAMES GRANT, as Sheriff of Yuba County; Lieutenant FRED J. ASBY, as Yuba County Jailer; JAMES PHARRIS, ROY LANDERMAN, DOUG WALTZ, HAROLD J. "SAM" SPERBEK, JAMES MARTIN, as members of the YUBA COUNTY BOARD OF SUPERVISORS,<br><br>    Defendants. | Case No. 2:76-CV-00162-GEB-EFB<br><br>[~~PROPOSED~~] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' *EX PARTE* APPLICATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO ENFORCE CONSENT DECREE AND FOR FURTHER REMEDIAL ORDERS<br><br>Judge: Hon. Edmund F. Brennan<br><br>Trial Date: None Set |

[3061563-1]

2:76-CV-00162-GEB-EFB
[~~PROPOSED~~] ORDER GRANTING IN PART AND DENYING IN PART DEFS.' *EX PARTE* APPL. TO CONTINUE HEARING ON PLS.' MOTION TO ENFORCE CONSENT DECREE AND FOR FURTHER REMEDIAL ORDERS

On November 2, 2016, Defendants JAMES GRANT, FRED J. ASBY, JAMES PHARRIS, ROY LANDERMAN, DOUG WALTZ, HAROLD J. "SAM" SPERBEK, and JAMES MARTIN filed their *Ex Parte* Application to Continue Hearing on Plaintiffs' Motion to Enforce Consent Decree and for Further Remedial Orders. On November 3, 2016, Plaintiffs filed an Opposition to the *Ex Parte* Application in which Plaintiffs agreed to a reasonable continuance. The Court, having reviewed the *Ex Parte* Application and Opposition thereto, and good cause appearing, hereby ORDERS that the hearing on Plaintiffs' Motion shall be held on ~~January 18, 2017~~ February 1, 2017 at 10:00 a.m. Defendants' Opposition shall be due to be filed on ~~December 28, 2016~~ January 18, 2017. Plaintiffs' Reply shall be due to be filed on ~~January 11, 2016~~ January 25, 2017.

IT IS SO ORDERED.

DATED: November 3, 2016

_____
Edmund F. Brennan
United States Magistrate Judge

[3061563-1]

1    2:76-CV-00162-GEB-EFB
[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFS.' *EX PARTE* APPL. TO CONTINUE HEARING ON PLS.' MOTION TO ENFORCE CONSENT DECREE AND FOR FURTHER REMEDIAL ORDERS