CARTER C. WHITE – 164149
KING HALL CIVIL RIGHTS CLINIC
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, California 95616-8821
Telephone: (530) 752-5440
Facsimile: (530) 752-5788
Email: ccwhite@ucdavis.edu

MICHAEL W. BIEN – 096891
GAY CROSTHWAIT GRUNFELD – 121944
JENNIFER L. STARK – 267062
BENJAMIN BIEN-KAHN – 267933
PABLO A. LASTRA – 287718
ANDREW G. SPORE – 308756
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
ggrunfeld@rbgg.com
jstark@rbgg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DERRIL HEDRICK, DALE ROBINSON, KATHY LINDSEY, MARTIN C. CANADA, DARRY TYRONE PARKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES GRANT, as Sheriff of Yuba County; Lieutenant FRED J. ASBY, as Yuba County Jailer; JAMES PHARRIS, ROY LANDERMAN, DOUG WALTZ, HAROLD J. "SAM" SPERBEK, JAMES MARTIN, as members of the YUBA COUNTY BOARD OF SUPERVISORS,<br><br>Defendants. | Case No. 2:76-CV-00162-GEB-EFB<br><br>**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' *EX PARTE* APPLICATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL CIVIL CLASS ACTION COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**<br><br>Trial Date: None Set |

[3071934-1]

1   2:76-CV-00162-GEB-EFB

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' *EX PARTE* APP TO CONTINUE HEARING ON PLS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL CLASS ACTION COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1   On November 18, 2016, Defendants JAMES GRANT, FRED J. ASBY, JAMES
2 PHARRIS, ROY LANDERMAN, DOUG WALTZ, HAROLD J. "SAM" SPERBEK, and
3 JAMES MARTIN filed their *Ex Parte* Application to Continue Hearing on Plaintiffs'
4 Motion for Leave to File Supplemental Civil Class Action Complaint for Declaratory and
5 Injunctive Relief ("Plaintiffs' Motion").  On November 23, 2016, Plaintiffs filed an
6 Opposition to the *Ex Parte* Application.  The Court, having reviewed the *Ex Parte*
7 Application and Opposition thereto, and good cause appearing, hereby ORDERS that the
8 hearing on Plaintiffs' Motion shall be held on January 25, 2017 at 10:00 a.m.  Defendants'
9 Opposition shall be due to be filed on January 11, 2017.  Plaintiffs' Reply shall be due to
10 be filed on January 18, 2017.

  IT IS SO ORDERED.

DATED:  November 30, 2016.

_____
Edmund F. Brennan
United States Magistrate Judge

[3071934-1]

1                       2:76-CV-00162-GEB-EFB
[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' *EX PARTE* APP TO CONTINUE
HEARING ON PLS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL CLASS ACTION COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF