CARTER C. WHITE – 164149
KING HALL CIVIL RIGHTS CLINIC
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, California 95616-8821
Telephone: (530) 752-5440
Facsimile: (530) 752-5788
Email: ccwhite@ucdavis.edu

MICHAEL W. BIEN – 096891
GAY CROSTHWAIT GRUNFELD – 121944
JENNIFER L. STARK – 267062
BENJAMIN BIEN-KAHN – 267933
PABLO A. LASTRA – 287718
ANDREW G. SPORE – 308756
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
 ggrunfeld@rbgg.com
 jstark@rbgg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DERRIL HEDRICK, DALE ROBINSON, KATHY LINDSEY, MARTIN C. CANADA, DARRY TYRONE PARKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES GRANT, as Sheriff of Yuba County; Lieutenant FRED J. ASBY, as Yuba County Jailer; JAMES PHARRIS, ROY LANDERMAN, DOUG WALTZ, HAROLD J. "SAM" SPERBEK, JAMES MARTIN, as members of the YUBA COUNTY BOARD OF SUPERVISORS,<br><br>Defendants. | Case No. 2:76-CV-00162-GEB-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION TO CONTINUE HEARING AND REPLY DATES ON PLAINTIFFS' MOTION TO ENFORCE CONSENT DECREE AND FOR FURTHER REMEDIAL ORDERS**<br><br>Judge: Hon. Edmund F. Brennan<br>Date: February 2, 2017<br>Time: 10:00 a.m.<br>Crtrm.: 8<br><br>Trial Date: None Set |

[3092088-1]

STIPULATION AND [PROPOSED] ORDER GRANTING PLS.' *EX PARTE* APP. TO CONTINUE HEARING & REPLY DATES ON PLS.' MOTION TO ENFORCE CONSENT DECREE AND FOR FURTHER REMEDIAL ORDERS

1  Whereas, on January 19, 2017, Plaintiffs DERRIL HEDRICK, DALE ROBINSON,
2  KATHY LINDSEY, MARTIN C. CANADA, and DARRY TYRONE PARKER,
3  individually and on behalf of all others similarly situated, filed their *Ex Parte* Application
4  to Continue Hearing on Plaintiffs' Motion to Enforce Consent Decree and for Further
5  Remedial Orders ("*Ex Parte* Application"); and
6  Whereas, Defendants JAMES GRANT, FRED J. ASBY, JAMES PHARRIS, ROY
7  LANDERMAN, DOUG WALTZ, HAROLD J. "SAM" SPERBEK, and JAMES
8  MARTIN have no objection to delaying the reply and hearing dates;
9  NOW, THEREFORE, the above-captioned parties, by and through their
10 undersigned counsel, hereby stipulate and agree that the hearing on Plaintiffs' Motion to
11 Enforce Consent Decree and for Further Remedial Orders shall be held on February 23,
12 2017 at 10:00 a.m., if that is convenient for the Court.  The parties further stipulate that
13 Plaintiffs may have until February 8, 2017, to file reply pleadings.
14  IT IS SO STIPULATED.

15 DATED: January 19, 2017     Respectfully submitted,

16                              ROSEN BIEN GALVAN & GRUNFELD LLP

17                              By: */s/ Gay Crosthwait Grunfeld*
18                                  Gay Crosthwait Grunfeld

19                              Attorneys for Plaintiffs
20

21 DATED: January 19, 2017     PORTER SCOTT

22                              By: */s/ Carl L. Fessenden*
23                                  Carl. L. Fessenden

24                              Attorneys for Defendants

25
26
27
28

[3092088-1]

1

STIPULATED [~~PROPOSED~~] ORDER GRANTING PLS.' *EX PARTE* APP. TO CONTINUE HEARING & REPLY
DATES ON PLS.' MOTION TO ENFORCE CONSENT DECREE AND FOR FURTHER REMEDIAL ORDERS

**[~~PROPOSED~~] ORDER**

The Court, having reviewed the above stipulation, and good cause appearing, hereby ORDERS that the hearing on Plaintiffs' Motion to Enforce Consent Decree and for Further Remedial Orders shall be held on February 23, 2017 at 10:00 a.m.  Plaintiffs' Reply shall be due to be filed on February 8, 2017.

IT IS SO ORDERED.

DATED:  January 20, 2017

_____
Edmund F. Brennan
United States Magistrate Judge

[3092088-1]

2
STIPULATED [~~PROPOSED~~] ORDER GRANTING PLS.' *EX PARTE* APP. TO CONTINUE HEARING & REPLY DATES ON PLS.' MOTION TO ENFORCE CONSENT DECREE AND FOR FURTHER REMEDIAL ORDERS