UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRIL HEDRICK, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>JAMES GRANT, et al.,<br><br>　　　　　Defendants. | No. 2:76-cv-0162 GEB EFB P<br><br><br>ORDER |

Plaintiffs, a class of persons incarcerated in the Yuba County Jail, are proceeding through counsel. On March 21, 2017, the undersigned held a telephonic conference. During the conference, counsel agreed that a jail tour by the undersigned would be helpful in conducting settlement negotiations. The jail tour is now scheduled for April 28, 2017, at 10:00 a.m. The undersigned will be accompanied by two staff attorneys; if the dress code precludes anything other than blue jeans, counsel for defendants shall so advise.

During the telephonic conference, counsel was asked if they wanted to highlight key areas of the jail that are at issue, or direct the court's attention to particular filings in the court record prior to the tour that may assist in preparation.

Upon further reflection, the court finds that having the parties' settlement conference statements prior to the jail tour would assist the court. Therefore, the parties are directed to exchange non-confidential settlement conference statements on or before April 25, 2017. These

statements shall be simultaneously emailed to the Court using the following email address: kjnorders@caed.uscourts.gov. Any additional confidential information to be shared with the court shall be submitted on or before April 25, 2017, pursuant to Local Rule 270(d) and (e).

The parties are reminded that the jail tour is in furtherance of confidential settlement negotiations; as such, counsel and any parties are encouraged to talk freely.

Accordingly, IT IS HEREBY ORDERED that:

1. The tour of the Yuba County Jail is set for April 28, 2017, at 10:00 a.m.; and

2. Any filing concerning the jail tour shall be submitted to the chambers of the undersigned no later than seven days prior to the jail tour.

Dated: April 12, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hedr0162.jail