UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRIL HEDRICK, et al., | No. 2:76-cv-00162-GEB-EFB P |
| Plaintiffs, | |
| v. | ORDER |
| JAMES GRANT, et al., | |
| Defendants. | |

Plaintiffs, a class of persons incarcerated in the Yuba County Jail, seek to enforce a 1979 consent decree and to obtain further relief. ECF No. 163, 168, 173. The parties have been engaging in settlement negotiations since March 2017. ECF Nos. 201, 205. Certain motions were filed before negotiations began, however, and remain pending: the motion to enforce, a motion for leave to supplement the complaint, and a motion to seal certain documents submitted in support of defendants' opposition to plaintiff's motion to enforce. ECF Nos. 168, 173, 182. In light of the ongoing settlement negotiations and conferences, the Clerk of the Court is directed to administratively terminate these pending motions (ECF Nos. 168, 173, and 182). The parties may renew the motions should the ongoing settlement negotiations fail to entirely resolve the case.

So ordered.

DATED: August 23, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE