UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HEDRICK, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JAMES GRANT, et al.,<br><br>    Defendants. | No. 2:76-cv-00162-GEB-EFB |
| Estate of BERTRAM HISCOCK, deceased, by and through VINCENT HISCOCK, as Administrator; SHERRICK HISCOCK,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF YUBA; COUNTY OF SUTTER; SHERIFF-CORONER STEVEN L. DURFOR, in his individual capacities and official capacities; TONY HOBSON, in his individual and official capacities; JOAN ODOM, M.D., in her individual capacity,<br><br>    Defendants. | No. 2:17-cv-02706-JAM-GGH<br><br>**ORDER** |

On December 28, 2017, counsel for plaintiffs in case number 2:17-cv-02706-JAM—GGH filed a "Notice of Related Cases,"

in which it seeks to have its case related to case number 2:76-cv-00162-GEB-EFB. Plaintiffs state in pertinent part:

> Plaintiffs' claims for relief arise from the death by suicide of Bertram Hiscock in the Yuba County Jail on January 29, 2017, and are based on violations of the First and Fourteenth Amendments of the U.S. Constitution, the Americans with Disabilities Act, and California state law. Plaintiffs allege that Defendants failed to provide Mr. Hiscock with necessary and adequate medical and mental health treatment, were deliberately indifferent to serious risk of harm, and discriminated on the basis of psychiatric disability.
>
> Hedrick v. Grant is a class action against Yuba County officials on behalf of inmates incarcerated at Yuba County Jail and a Consent Decree was entered by the Court in that action in 1979 that, inter alia, relates to provision of medical and mental health treatment and suicide prevention at the Jail.

Mot. to Relate 1:8-18, ECF No. 224 in 2:76-cv-00162-GEB-EFB. The action will not be reassigned as a related case because it has not been shown that assignment to the same judge is likely to effect a substantial savings in judicial effort.

Dated: January 3, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2