UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DERRIL HEDRICK, DALE ROBINSON, KATHY LINDSEY, MARTIN C. CANADA, DARRY TYRONE PARKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES GRANT, as Sheriff of Yuba County; Lieutenant FRED J. ASBY, as Yuba County Jailer; JAMES PHARRIS, ROY LANDERMAN, DOUG WALTZ, HAROLD J. "SAM" SPERBEK, JAMES MARTIN, as members of the YUBA COUNTY BOARD OF SUPERVISORS,<br><br>Defendants. | Case No. 2:76-CV-00162-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF AMENDED CONSENT DECREE**<br><br>Judge:  Edmund F. Brennan<br><br>Trial Date:     None Set |

{02808587.DOCX}[4156168.4]

On January 30, 2019, United States Magistrate Judge Edmund F. Brennan granted final approval to an Amended Consent Decree ("ACD") covering certain operations of the Yuba County Jail (the "Jail").  Since then, Rosen, Bien, Galvan & Grunfeld and the U.C. Davis School of Law King Hall Civil Rights Clinic ("Class Counsel") have been monitoring compliance with the ACD, which includes review of documents and information the County of Yuba provides pursuant to the terms of the ACD.  The ACD is set to expire January 31, 2023.  In anticipation of that, Class Counsel has served discovery requests.   Defendants James Grant, et al. (the "County of Yuba") have stated that they will object to these discovery requests.

The County of Yuba and Class Counsel are actively discussing the possibility of dismissing some provisions of the ACD and extending others related to addressing mental health care and related issues at the Jail.  In order to give the parties time to negotiate possible changes to the ACD, and avoid potential discovery disputes, the parties enter into the following stipulation:

NOW THEREFORE, IT IS HERBY STIPULATED AND AGREED by and between the parties to this action, through their undersigned counsel, as follows:

1.     The current Amended Consent Decree approved by this Court on January 30, 2019 and which is set to expire on January 31, 2023 shall be extended until May 31, 2023, or until approval by the Court of the stipulated Second Amended Consent Decree, whichever occurs first.

2.     Up to January 1, 2023, the parties will negotiate and discuss a stipulation to enter into a Second Amended Consent Decree focused on mental health care at the Jail.

3.     All discovery shall be stayed until January 1, 2023. If there is no agreement on a Second Amended Consent Decree by January 1, 2023, Class Counsel may pursue discovery without the need to re-serve their PMK deposition notices.  The County of Yuba preserves all rights to object to that discovery.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: September 23, 2022 | ROSEN BIEN GALVAN & GRUNFELD LLP |
| 2 | | By: */s/Gay Grunfeld (Authorized on 9/21/22)* |
| 3 | | Gay Crosthwait Grunfeld |
| 4 | | Attorneys for Plaintiffs |
| 6 | DATED: September 23, 2022 | PORTER SCOTT, P.C. |
| 7 | | By: */s/Carl L. Fessenden* |
| 8 | | Carl Fessenden |
| 9 | | Attorneys for Defendants |

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED:

1. The current Amended Consent Decree approved by this Court on January 30, 2019 and which is set to expire on January 31, 2023 shall be extended until May 31, 2023, or until approval by the Court of the stipulated Second Amended Consent Decree, whichever occurs first.

2. All discovery shall be stayed until January 1, 2023. If there is no agreement on a Second Amended Consent Decree by January 1, 2023, Class Counsel may pursue discovery without the need to re-serve their PMK deposition notices.  The County of Yuba preserves all rights to object to that discovery.

DATED:  September 26, 2022

*[signature]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE