CARTER C. WHITE – 164149
KING HALL CIVIL RIGHTS CLINIC
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, California 95616-8821
Telephone: (530) 752-5440
Facsimile: (530) 752-5788
Email: ccwhite@ucdavis.edu

MICHAEL W. BIEN – 096891
GAY CROSTHWAIT GRUNFELD – 121944
MICHAEL FREEDMAN – 262850
ALEXANDER GOURSE – 321631
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
ggrunfeld@rbgg.com
mfreedman@rbgg.com
agourse@rbgg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DERRIL HEDRICK, DALE ROBINSON, KATHY LINDSEY, MARTIN C. CANADA, DARRY TYRONE PARKER, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JAMES GRANT, as Sheriff of Yuba County; Lieutenant FRED J. ASBY, as Yuba County Jailer; JAMES PHARRIS, ROY LANDERMAN, DOUG WALTZ, HAROLD J. "SAM" SPERBEK, JAMES MARTIN, as members of the YUBA COUNTY BOARD OF SUPERVISORS,<br><br>　　　　Defendants. | Case No. 2:76-CV-00162-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF DEADLINE TO MEET AND CONFER**<br><br>Judge:　Edmund F. Brennan<br><br>Trial Date:　None Set |

[4548956.2]

1   On September 13, 2023, this Court granted final approval to a Second Amended Consent Decree in the above-captioned matter ("SACD") covering certain operations of the Yuba County Jail (the "Jail").  *See* ECF No. 289.

As relevant here, the SACD states that "By no later than August 1, 2024, the parties shall meet and confer regarding whether Defendants are not in substantial compliance with all or part of the SACD," and that "Prior to the meet and confer, Plaintiffs shall, in writing, provide Defendants with notice of any provisions of the SACD with which Plaintiffs contend Defendants are not in substantial compliance."  Dkt. 289-2 at 42.[1]

On July 22, 2024, the Court approved the parties' stipulation extending this August 1, 2024 deadline to September 1, 2024.  *See* Dkt. 291 at 4.

In order to give the parties additional time to review and evaluate the third-party Monitor's third report on Defendants' compliance with the SACD, the parties wish to extend the current September 1, 2024 deadline to meet and confer to Monday, September 16, 2024.

NOW THEREFORE, IT IS HERBY STIPULATED AND AGREED by and between the parties to this action, through their undersigned counsel, as follows:

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

---

[1] All parentheses refer to ECF pagination.

[4548956.2]

1. The September 1, 2024 deadline for the parties to "meet and confer regarding whether Defendants are not in substantial compliance with all or part of the SACD," *see* ECF No. 291 at 4, is extended to September 16, 2024.

IT IS SO STIPULATED.

DATED: August 27, 2024          PORTER SCOTT, P.C.

By: */s/ Carl Fessenden*
　　　Carl Fessenden

Attorneys for Defendants

DATED: August 27, 2024          ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Michael Freedman*
　　　Michael Freedman

Attorneys for Plaintiffs

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED:

1. The September 1, 2024 deadline for the parties to "meet and confer regarding whether Defendants are not in substantial compliance with all or part of the SACD," *see* ECF No. 291 at 4, is extended to September 16, 2024.

DATED: September 6, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE